# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>vs<br>True name: FIDEL VALLE RIVERA<br>Charged name: Fidel Balle Rivera | Docket Number _____<br><br>Magistrate Case Number<br>1:06-mJ-00115-SMS |

FILED MAY 3 2006 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☒ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 18 U.S.C. § SECTION 922(g)(1)

**DISTRICT OF OFFENSE** Central of California, Santa Ana

**DESCRIPTION OF CHARGES:** Felon in Possession of a Firearm

**CURRANT BOND STATUS:** __ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

**REPRESENTATION:** __ Retained Counsel   ☒ Federal Defender   __ CJA Attorney   __ None

**INTERPRETER REQUIRED?** ☒ No   __ Yes   Language:

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

May 3, 2006
Date

SANDRA M. SNYDER, UNITED STATES MAGISTRATE JUDGE

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____<br>DEPUTY MARSHAL |

as of 10/2000